```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

    APR 25 2006

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLENE C. KNABE,<br><br>          Plaintiff,<br><br>     v.<br><br>JO ANNE BARNHART,<br>Commissioner of Social Security,<br><br>          Defendant. | CASE NO. C04-1653-MJP<br><br>ORDER |

The Court, having reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, finds and orders as follows. It is therefore

ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES the decision of the Commissioner of Social Security and REMANDS for further administrative proceedings.

DATED this 26 day of April, 2006.

/s/ Marsha J. Pechman

MARSHA J. PECHMAN
United States District Judge

ORDER          04-CV-01653-ORD